# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**

Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax: [202] 502-2888
http://www.jpml.uscourts.gov

February 20, 2007

4:06cv 538-SPM

Richard W. Wieking, Clerk
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Re: MDL-1699 -- In re Bextra and Celebrex Marketing, Sales Practices and Products Liability Litigation

(See Attached CTO-52)

Dear Mr. Wieking:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on February 1, 2007. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By _____
Deputy Clerk

Attachment

cc: Transferee Judge: Judge Charles R. Breyer
    Transferor Judges: (See Attached List of Judges)
    Transferor Clerks: (See Attached List of Clerks)

JPML Form 36

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB - 1 2007

FILED
CLERK'S OFFICE

## DOCKET NO. 1699

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-52)

On September 6, 2005, the Panel transferred 30 civil actions to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 391 F.Supp.2d 1377 (J.P.M.L. 2005). Since that time, 1,009 additional actions have been transferred to the Northern District of California. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Breyer.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of California and assigned to Judge Breyer.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of September 6, 2005, and, with the consent of that court, assigned to the Honorable Charles R. Breyer.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

FEB 2 0 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

## SCHEDULE CTO-52 - TAG-ALONG ACTIONS
## DOCKET NO. 1699
## IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A.# | CASE CAPTION |
|---|---|
| **ALABAMA NORTHERN** | |
| ALN 1  06-4884 | Alvin F. Johnson, et al. v. Pfizer Inc. |
| ALN 2  06-4882 | Lorenza Minor, et al. v. Pfizer Inc. |
| ALN 2  06-4900 | Alan Lamm v. Pfizer Inc. |
| ALN 3  06-4883 | Randall C. Harrison, et al. v. Pfizer Inc. |
| ALN 7  07-45 | Sandra S. Dunlap, etc. v. Pfizer Inc., et al. |
| **FLORIDA NORTHERN** | |
| FLN 4  06-538 | Mary E. Baker, et al. v. Pharmacia Corp., et al. |
| **FLORIDA SOUTHERN** | |
| FLS 0  07-60026 | Gary S. Shimminger, et al. v. Pfizer Inc. |
| **IOWA NORTHERN** | |
| IAN 6  06-2076 | Christie Bean v. Pfizer Inc. |
| **LOUISIANA EASTERN** | |
| LAE 2  07-139 | Jessie Phillips v. Pfizer Inc., et al. |
| LAE 2  07-141 | John K. Dearing, et al. v. Pfizer Inc., et al. |
| **LOUISIANA MIDDLE** | |
| LAM 3  06-989 | Edith Carlin, et al. v. Pfizer Inc. |
| LAM 3  06-990 | Michelle Boyer, etc. v. Pfizer Inc. |
| **MINNESOTA** | |
| MN 0  06-4936 | Deanna L. Walston v. Pfizer Inc., et al. |
| MN 0  06-4995 | Barbara Dyer, et al. v. Pfizer Inc., et al. |
| **OHIO NORTHERN** | |
| OHN 1  07-101 | Mary Ann Seitz v. Pfizer Inc. |
| **OHIO SOUTHERN** | |
| OHS 2  06-1029 | Larry Cooper v. Pfizer Inc. |
| **TEXAS EASTERN** | |
| TXE 4  07-8 | Gary Holman v. Pfizer Inc. |
| **TEXAS NORTHERN** | |
| TXN 2  06-369 | Geneva Rose Taylor v. Pfizer Inc. |
| TXN 3  06-2263 | Polly Gibson v. Pfizer Inc. |
| **TEXAS SOUTHERN** | |
| TXS 4  07-123 | Elidia Hartnett, etc. v. Pfizer Inc. |
| TXS 4  07-124 | Qynne Addison, et al. v. Pfizer Inc. |
| **WEST VIRGINIA SOUTHERN** | |
| WVS 2  07-13 | Connie Mullins, et al. v. Pfizer Inc., et al. |

# INVOLVED COUNSEL LIST (CTO-52)
# DOCKET NO. 1699
# IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Alejandro Alvarez
Alvarez Law Firm
355 Palermo Avenue
Coral Gables, FL 33134

Michael J. Asbell
Baker Donelson Bearman Caldwell & Berkowitz
420 North 20th Street
Birmingham, AL 35203-5202

Elizabeth J. Cabraser
Lieff, Cabraser, Heimann
& Bernstein, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

Aaron Scott Campbell
Law Offices of A. Scott Campbell
1515 Hertiage Drive, Suite 206
McKinney, TX 75069

Camala E. Capodice
Irwin Fritchie Urquhart & Moore, LLC
400 Poydras Street, Suite 2700
New Orleans, LA 70130

Lawrence B. Clark
Baker, Donelson, Bearman, Caldwell
& Berkowitz PC
1600 Wachovia Tower
420 North 20th Street
Birmingham, AL 35203-5202

Kenneth J. Ferguson
Clark, Thomas & Winters
P.O. Box 1148
Austin, TX 78767-1148

Sarah J. Gayer
Shuttleworth & Ingersoll, P.C.
500 Firstar Bank Building
115 Third Street, S.E.
P.O. Box 2107
Cedar Rapids, IA 52406

Larry D. Helvey
Moyer & Bergman, P.L.C.
2720 First Avenue, NE
P.O. Box 1943
Cedar Rapids, IA 52406-1943

Charles R. Houssiere, III
Houssiere, Durant & Houssiere, LLP
1990 Post Oak Boulevard, Suite 800
Houston, TX 77056-3812

Jessica Intermill
Faegre & Benson, LLP
90 S. 7th Street, Suite 2200
Minneapolis, MN 55402-3901

Kelly R. Kimbrough
Clark, Thomas & Winters, P.C.
P.O. Box 1148
Austin, TX 78767-1148

Anne M. Kordas
Tucker Ellis & West LLP
1150 Huntington Bldg.
925 Euclid Avenue
Cleveland, OH 44115-1475

Richard Aaron Lewins
Burg, Simpson, Eldredge, Hersh & Jardine, P.C.
7920 Belt Line Road, Suite 650
Dallas, TX 75254

Richard Manley Lewis
Law Firm of Richard M. Lewis
295 Pearl Street
P.O. Box 664
Jackson, OH 45640

Ronald A. Margolis
Finelli & Margolis
730 Leader Building
526 Superior Avenue
Cleveland, OH 44114

Gregory A. Markel
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

Ted G. Meadows
Beasley, Allen, Crow, Methvin, Portis & Miles, PC
P.O. Box 4160
Montgomery, AL 36103-4160

Lizette Miller-Radovic
Miller-Radovic, LLC
322 Lafayette Street
New Orleans, LA 70130

Matthew P. Moriarty
Tucker Ellis & West, LLP
1150 Huntington Bldg.
925 Euclid Avenue
Cleveland, OH 44115

Daryl Dion Parks
Parks & Crump, L.L.C.
240 North Magnolia Drive
Tallahassee, FL 32301-2638

Gale Diane Pearson
Pearson, Randall & Schumacher, PA
Fifth Street Towers, Suite 1025
100 South Fifth Street
Minneapolis, MN 55402

Timothy G. Pirtle
Law Office of Timothy G. Pirtle
801 South Fillmore, Suite 210
Amarillo, TX 79101

Amy W. Schulman
DLA Piper Rudnick Gray Cary US LLP
1251 Avenues of the Americas
New York, NY 10020-1104

Stuart E. Scott
Spangenberg, Shibley & Liber, LLP
2400 National City Center
1900 East 9th Street
Cleveland, OH 44114

Dimple Desai Shah
Law Office of Dimple Desai Shah
5216 Westshire Lane
Dallas, TX 75287

Eulis Simien, Jr.
Simien & Simien, L.L.C.
7908 Wrenwood Boulevard
Baton Rouge, LA 70809

Gerald B. Taylor, Jr.
Beasley, Allen, Crow, Methvin, Portis & Miles, PC
P.O. Box 4160
Montgomery, AL 36103-4160

Calvin S. Tregre, Jr.
Burg, Simpson, Eldredge, Hersh
& Jardine, PC
312 Walnut Street, Suite 2090
Cincinnati, OH 45202

Quentin F. Urquhart, Jr.
Irwin Fritchie Urquhart & Moore, LLC
400 Poydras Street, Suite 2700
New Orleans, LA 70130

John A. Venezia
Law Office of John A. Venezia
110 Veterans Blvd., Suite 330
Metaririe, LA 70005

Leila H. Watson
Cory, Watson, Crowder & DeGaris, PC
2131 Magnolia Avenue
Suite 200
P.O. Box 55927
Birmingham, AL 35255-5972

Thomas G. Wilson
James F. Humphreys & Associates
United Center
500 Virginia Street, East
Suite 800
Charleston, WV 25301

J. Gusty Yearout
Yearout & Traylor, P.C.
800 Shades Creek Parkway
Suite 500
Birmingham, AL 35209

**INVOLVED JUDGES LIST (CTO-52)**
**DOCKET NO. 1699**
**IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND**
**PRODUCTS LIABILITY LITIGATION**

Hon. Sharon Lovelace Blackburn
Chief Judge, U.S. District Court
730 Hugo L. Black U.S. Courthouse
1729 5th Avenue North
Birmingham, AL 35203

Hon. U. W. Clemon
U.S. District Judge
882 Hugo L. Black U.S. Courthouse
1729 Fifth Avenue North
Birmingham, AL 35203-2000

Hon. Harwell G. Davis, III
U.S. Magistrate Judge
103 U.S. Courthouse
101 Holmes Avenue, N.E.
Huntsville, AL 35801

Hon. Stanwood R. Duval, Jr.
U.S. District Judge
U.S. Courthouse, Room C-368
500 Poydras Street
New Orleans, LA 70130

Hon. Keith P. Ellison
U.S. District Judge
Bob Casey United States District Court
515 Rusk Street, Room 8631
Houston, TX 77002

Hon. Sidney A. Fitzwater
U.S. District Judge
15A3A Earle Cabell Federal Building
& U.S. Courthouse
1100 Commerce Street
Dallas, TX 75242-1003

Hon. Joseph R. Goodwin
U.S. District Judge
U.S. District Court
P.O. Box 2546
Charleston, WV 25329-2546

Hon. Paul C. Huck
U.S. District Judge
1067 James Lawrence King
Federal Justice Bldg.
99 Northeast Fourth Street
Miami, FL 33132

Hon. Lynn N. Hughes
U.S. District Judge
11122 Bob Casey U.S. Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. Inge P. Johnson
U.S. District Judge
361 Hugo L. Black U.S. Courthouse
1729 5th Avenue North
Birmingham, AL 35203

Hon. Ivan L. Lemelle
U.S. District Judge
C-525 U.S. Courthouse
500 Poydras Street
New Orleans, LA 70130

Hon. Algenon L. Marbley
U.S. District Judge
319 Joseph P. Kinneary U.S. Crthse.
85 Marconi Boulevard
Columbus, OH 43215-2835

Hon. Edward J. McManus
Senior U.S. District Judge
Federal Building & U.S. Courthouse
101 First Street, S.E.
Room 329
Cedar Rapids, IA 52401

Hon. Stephan P. Mickle
U.S. District Judge
367 Federal Building
401 Southeast First Avenue
Gainesville, FL 32601

Hon. Donald C. Nugent
U.S. District Judge
15A Carl B. Stokes U.S. Courthouse
801 West Superior Avenue
Cleveland, OH 44114-1842

Hon. John V. Parker
Senior U.S. District Judge
355 Russell B. Long Federal Bldg.
777 Florida Street
Baton Rouge, LA 70801-1712

Hon. Frank J. Polozola
U.S. District Judge
313 Russell B. Long Federal Bldg.
777 Florida Street
Baton Rouge, LA 70801

Hon. Robert B. Propst
Senior U.S. District Judge
P.O. Box 820
Anniston, AL 36202

Hon. Mary Lou Robinson
U.S. District Judge
226 J. Marvin Jones Federal Building
205 East Fifth Avenue
Amarillo, TX 79101

Hon. Richard A. Schell
U.S. District Judge
U.S. Courthouse Annex
Level Mezzanine
200 North Travis Street
Sherman, TX 75090

Hon. John R. Tunheim
U.S. District Judge
13E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

# INVOLVED CLERKS LIST (CTO-52)
# DOCKET NO. 1699
# IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Clarence Maddox, Clerk
Federal Courthouse Square
301 North Miami Avenue
Miami, FL 33128-7788

David J. Maland, Clerk
216 Federal Building
101 East Pecan Street
Sherman, TX 75090

Geri M. Smith, Clerk
United States District Court
2-161 Carl B. Stokes U.S. Courthouse
801 West Superior Avenue
Cleveland, OH 44113

James Bonini, Clerk
260 Joseph P. Kinneary U.S. Courthouse
85 Marconi Boulevard
Columbus, OH 43215

James D. Hodges, Jr., Clerk
101 First Street SE
Cedar Rapids, IA 52401

Karen S. Mitchell, Clerk
J. Marvin Jones Federal Bldg.
P.O. Box F13240
205 East Fifth Avenue
Amarillo, TX 79101-1556

Karen S. Mitchell, Clerk
U.S. District Court
1100 Commerce Street
Room 1452
Dallas, TX 75242

Lawrence Talamo, Clerk
U.S. District Court
139 Russell B. Long Federal Building
777 Florida Street
Baton Rouge, LA 70801-1712

Loretta G. Whyte, Clerk
U.S. District Court
500 Poydras Street
Room C-151
New Orleans, LA 70130

Michael N. Milby, Clerk
United States District Court
P.O. Box 61010
Houston, TX 77208-1010

Perry D. Mathis, Clerk
140 Hugo L. Black U.S. Courthouse
1729 5th Avenue North
Birmingham, AL 35203

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Teresa Deppner, Clerk
Post Office Box 2546
Charleston, WV 25329-2546

William M. McCool, Clerk
U.S. Courthouse
111 North Adams Street
Tallahassee, FL 32301-7795

**JUDICIAL PANEL**
Thurgood Ma[rshall]
One Columbus Circle, N.E.
Room G-255, North Lobby
Washington, DC 20002-8004

OFFICIAL BUSINESS

William M. McCool, Clerk
U.S. Courthouse
111 North Adams Street
Tallahassee, FL 32301-7795



Hasler
$00.630
Mailed From 20002
02/20/2007
US POSTAGE